IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-sw-05439-MJW

IN THE MATTER OF THE SEARCH
OF: *513 Shady Crest Circle
Colorado Springs, CO 80916*

## ORDER EXTENDING SEALING OF CASE FILE

THE COURT having considered the United States' Motion to Extend Sealing of Case File and for good cause shown, hereby orders that the case file in this matter case shall be sealed for an additional sixty days, effective *nunc pro tunc* on November 14, 2011.

Dated at Denver, Colorado, this 17th day of November, 2011.

BY THE COURT:

United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO