IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-sw-05439-MJW

IN THE MATTER OF THE SEARCH
OF: *513 Shady Crest Circle*
*Colorado Springs, CO 80916*

---

### ORDER EXTENDING RESTRICTING OF CASE FILE ( Docket No. 13 )

---

THE COURT having considered the United States' Motion for 2d Extension of Restricting of Case File and for good cause shown, hereby orders that the case file in this matter case shall be restricted for an additional sixty days From the Date of This Order.

Dated at Denver, Colorado, this 12th day of January, 2012.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge